```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

FILED

2005 AUG 31　A 11: 21

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 05-0224 LJO |
| Plaintiff, | ORDER |
| v. | |
| BARTHOLOMEW PILGRIM HENSLEY, | |
| Defendant. | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: August 31, 2005

Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1